ORDERED.

**Dated: February 26, 2024**

_____
Jason A. Burgess
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
www.flmb.uscourts.gov

In re:  Case No. 3:23–bk–03120–BAJ
Chapter 7

Carlton Mansoline Smith
aka Carlton M Smith

_____Debtor*_____/

### ORDER GRANTING MOTION TO VACATE ORDER DISMISSING CASE, REINSTATE CASE AND RESCHEDULING 341 MEETING AND EXTENDING DEADLINES

THIS CASE came on for a hearing on February 21, 2024 of the Motion To Vacate Order Dismissing Case, Reinstate the Case (the "Motion") filed by Debtor (Document No. 11 ). The Court has considered the Motion and finds that it is well taken and should be granted. Accordingly, it is

**ORDERED:**

1. The Motion is hereby granted.

2. The Order Dismissing Case is vacated, and the case is reinstated.

3. The interim trustee originally appointed is deemed reappointed by the Office of the United States Trustee.

4. The Debtor is directed to attend a rescheduled meeting of creditors which will be held on March 29, 2024 at 11:00 AM. Trustee: Gregory K. Crews. Meeting will be held via Zoom. Go to Zoom.us/join, enter meeting ID 966 120 3334, and passcode 4618557177, or call 904–658–1994.

5. Pursuant to Fed. R. Bankr. P. 4004(b) and 4007(c) and Local Rules 4004–2(a) and 4007–1(a), the Court extends the deadline for filing complaints to determine the dischargeability of a debt under 11 U.S.C. § 523 and complaints or motions objecting to the debtor's discharge under 11 U.S.C. § 727 or 11 U.S.C. § 1328(f) through May 28, 2024.

6. Pursuant to 11 U.S.C. § 105, the Court extends the deadline contained in Fed. R. Bank. P. 1017(e) for filing a motion to dismiss under 11 U.S.C. § 707(b) through the date that is 60 days after the later of the date set for the rescheduled meeting of creditors under § 341(a) or the date of this Order.

7. No proof of claim deadline is established at this time. If it later appears that assets are available to pay creditors, the Clerk will send you another notice telling you that you may file a proof of claim and stating the deadline.

.

The movant's attorney is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of the order.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.